**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, | Civil Action No.: 1:13-cv-13156-DJC |
| Plaintiff, | |
| vs. | **DECLARATION OF EILEEN HUNTER** |
| DONGCHUL LEE, | |
| Defendant. | |

I, Eileen Hunter, declare as follows:

1. I am a member of the State Bar of Minnesota and have filed a motion to be admitted *pro hac vice* to practice law in the District of Massachusetts as counsel for Plaintiff in the above-captioned action.  The facts contained in this declaration are within my personal knowledge, and I could and would testify truthfully to those facts if called to do so under oath.

2. I make this declaration in support of Boston Scientific's Motion for Expedited Discovery.

3. Attached as Exhibit A is a true and correct copy of the webpage entitled "HF10 SCS Differences" from the international website for Nevro Corporation, as accessed on December 13, 2013, at the address: http://www.nevro.com/ous/patients/senza-differences/.

4. Attached as Exhibit B is a true and correct copy of an article entitled "St. Jude to Test Chronic Pain Control Without the Tingling" as published by the Star Tribune and accessed online on December 13, 2013, at the address: http://www.startribune.com/printarticle/?id=234337221.

5. Attached as Exhibit C is a true and correct copy of Plaintiff's first set of requests for production of documents to Defendant.

6. Attached as Exhibit D is a true and correct copy of Plaintiff's notice of deposition of Dongchul Lee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of December, 2013 in Minneapolis, Minnesota.

s/ Eileen M. Hunter
Eileen M. Hunter

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Dongchul Lee by U.S. mail on December 20, 2013.

/s/ Patrick M. Curran, Jr.
Patrick M. Curran, Jr.

16716562.1