# Exhibit A

(Filed Under Seal)

# REDACTED
(Filed Under Seal)